DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

BROWN v. MOTOR INNS

, No. 304 PC

Case below: 47 NC App 115

Petition by defendant for discretionary review under G.S. 7A-31 denied 15 August 1980.


BURCL v. HOSPITAL

No. 305 PC

Case below: 47 NC App 127

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 15 August 1980.


CASUALTY CO. v. GRIFFIN

No. 282 PC

Case below: 46 NC App 826

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 15 August 1980.


CAVINESS v. SMITH

No: 267 PC

Case below: 46 NC App 606

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 15 August 1980.


CONTRACTORS, INC. v. FORBES

No. 319 PC

No. 132 (Fall Term)

Case below: 47 NC App 371

Petition by defendant for discretionary review under G.S. 7A-31 allowed 16 September 1980.